NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TOMMY E. CRAWFORD,**
*Claimant-Appellant*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF
VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2016-1681

---

Appeal from the United States Court of Appeals for
Veterans Claims in No. 14-3920, Judge Mary J. Schoelen.

---

**JUDGMENT**

---

MAXWELL DOUGLAS KINMAN, Alexander, Webb, and
Kinman, Mason, OH, argued for claimant-appellant.

JAMES R. SWEET, Commercial Litigation Branch, Civil
Division, United States Department of Justice, Washing-
ton, DC, argued for respondent-appellee.  Also represent-
ed by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR.,
SCOTT D. AUSTIN; Y. KEN LEE, JONATHAN KRISCH, Office of
General Counsel, United States Department of Veterans
Affairs, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 8, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court